USDC SCAN INDEX SHEET

















```
RYC    6/2/04    9:23
3:03-CV-00465    QWEST COMMUNICATIONS V. WEISZ
*30*
*O.*
```

**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

QWEST _____ v. WEISZ _____ No. 03-0465-B(LSP)

HON. LEO S. PAPAS        CT. DEPUTY TRISH LOPEZ         Rptr. _____
                              Attorneys
      Plaintiffs                                              Defendants

The Settlement Disposition Conference set for June 1, 2004 at 4:00 p.m. is vacated. Dismissal received.

__X__ Copies to: Counsel of Record                   ____ Notified by Telephone

DATE: May 28, 2004                                   INITIALS: __PML__ Deputy

                                                     IT IS SO ORDERED:_____
                                                     Leo S. Papas, US Magistrate Judge

30 mjc

minutes.