USDC SCAN INDEX SHEET

















RYC   6/9/04   11:00

3:03-CV-00465   QWEST COMMUNICATIONS V. WEISZ

*31*

*STIPO.*

1  ALSCHULER GROSSMAN STEIN & KAHAN LLP
   Michael R. Heimbold (No. 173981)
2  Seth M. Gerber (No. 202813)
   The Water Garden
3  1620 26th Street
   Fourth Floor, North Tower
4  Santa Monica, CA 90404-4060
   Telephone: 310-907-1000
5  Facsimile: 310-907-2000

6  Attorneys for Plaintiff
   Qwest Communications Corporation
7
   SCHWARTZ SEMERDJIAN HAILE BALLARD
8  & CAULEY
   James R. Ballard (No. 178122)
9  101 West Broadway, Suite 810
   San Diego, CA 92101
10 Telephone: 619-236-8821
   Facsimile: 619-236-8827
11
   Attorneys for Defendants
12 Jonathan Weisz and Robert Weisz

13           UNITED STATES DISTRICT COURT          *BY FAX*

14          SOUTHERN DISTRICT OF CALIFORNIA

15

16 QWEST COMMUNICATIONS              CASE NO. 03 CV 0465 B LAB
   CORPORATION, a Delaware
17 corporation,                      **STIPULATION OF DISMISSAL**
                                     **PURSUANT TO FED. R. CIV. P. 41(a)**
18              Plaintiff,           **AND            ORDER THEREON**

19      vs.

20 JONATHAN WEISZ, an individual;
   ROBERT WEISZ, an individual; and
21 DOES 1 through 10, Inclusive,,

22              Defendants.

23

24

25

26

27                              ENTERED ON JUN-0 9 2004

28

31

1    Plaintiff Qwest Communications Corporation ("Qwest"), on the one hand,
2  and defendants Robert Weisz and Jonathan Weisz (collectively, "Defendants"), on the
3  other hand, hereby stipulate and agree as follows:

4    1.    On March 7, 2003, Qwest filed a lawsuit against Defendants in the
5  United States District Court for the Southern District of California, captioned as *Qwest*
6  *Communications Corporation v. Jonathan Weisz, et al., Case No. 03 CV 0465 B LAB*, to
7  set aside fraudulent transfer, for an accounting, and imposition of constructive trust (the
8  "Action").

9    2.    On or about June 13, 2003, Robert Weisz filed an answer to the
10  complaint, denying allegations, and asserting various affirmative defenses.

11    3.    On or about June 13, 2003, Jonathan Weisz filed a motion to dismiss
12  pursuant to Fed. R. Civ. P. 12(b)(6). By Order dated August 5, 2003, the Court denied
13  Jonathan Weisz's motion to dismiss in its entirety.

14    4.    Qwest and Defendants have executed a settlement agreement and
15  general mutual releases (the "Agreement") under which the Defendants paid to Qwest the
16  total sum of $65,000.

17  / / /
18  / / /
19  / / /
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP

1

1        5.    Qwest hereby dismisses this Action with prejudice as to all parties

2    and all causes of action pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

3        IT IS SO STIPULATED.

4

5    DATED: June 1, 2004        ALSCHULER GROSSMAN STEIN & KAHAN LLP

6

7                               By
                                   Seth M. Gerber
8                                  Attorneys for Plaintiff
                                   QWEST COMMUNICATIONS CORPORATION

9

10   DATED: June __, 2004       SCHWARTZ SEMERDJIAN HAILE BALLARD
                                & CAULEY
11

12                              By
                                   James R. Ballard
13                                 Attorneys for Defendants
                                   JONATHAN WEISZ and ROBERT WEISZ
14

15        IT IS SO ORDERED.

16

17

18

19   DATED:  6-8-04

20                                 JUDGE RUDI M. BREWSTER
                                   UNITED STATES DISTRICT COURT
21

22

23

24

25

26

27

28

<u>MEMORY TRANSMISSION REPORT</u>

```
                              TIME    :  JUN 02 '04 10:22
                              TEL NUMBER:  -3109072000
                              NAME    .  AGSK LLP
```

| | | |
|---|---|---|
| FILE NBR | : | 939 |
| DATE | . | JUN.02 10:20 |
| TO | : | ##151435#16192368327# |
| DOC PAGES | : | 05 |
| START TIME | : | JUN.02 10:20 |
| END TIME | . | JUN.02 10:22 |
| SENT PAGES | · | 05 |
| FILE NBR : 939 | | ✱✱✱ SUCCESSFUL TX NOTICE ✱✱✱ |

# ALSCHULER GROSSMAN STEIN & KAHAN LLP
### ATTORNEYS AT LAW

## FACSIMILE TRANSMISSION

**DATE:** June 2, 2004

**TO:**

| NAME: | COMPANY | FAX NO.: | PHONE NO.: |
|---|---|---|---|
| James R. Ballard, Esq. | Kennerson Schwartz Semerdjian & Haile LLP | (619) 236-8827 | (619) 236-8821 |

**FROM:** Seth M. Gerber

**CLIENT/MATTER:** Qwest Communications Corporation v. Jonathan Weisz, et al.

| FILE NO.: 11183-201160 | NUMBER OF PAGES, INCLUDING COVER: 5 |
|---|---|

**To confirm, or let us know if you did not receive all of the pages of this transmission, please telephone 310-907-1000**

| ORIGINAL NOT SENT: | ☐ | | |
|---|---|---|---|
| ORIGINAL SENT BY: | ☒ US MAIL | ☐ MESSENGER | ☐ OTHER |

**MESSAGE:**

Please see attached copy of Stipulation for Dismissal/[Proposed] Order being filed today in USDC.

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Alschuler Grossman Stein & Kahan LLP, The Water Garden, 1620 26th Street, Fourth Floor, North Tower, Santa Monica, California 90404-4060. On this 2nd day of June, 2004, I served a true copy of the within documents:

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a) AND [PROPOSED] ORDER THEREON**

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5.00 p.m.

The above transmission was reported as complete and without error. Attached hereto is a copy of the respective transmission report, which was properly issued by the transmitting facsimile machine

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Monica, California, addressed as set forth below

☐ by placing the document(s) listed above in a sealed envelope, with the overnight delivery charge prepaid, addressed as set forth below, and deposited in a box or facility regularly maintained by the overnight delivery service carrier, _____.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

James R. Ballard, Esq.
Kennerson Schwartz Semerdjian & Haile LLP
101 West Broadway
Suite 810
San Diego, CA 92101
Phone: (619) 236-8821
Fax: (619) 236-8827

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on this 2nd day of June, 2004.

_____
Malcolm Smith

ALSCHULER
GROSSMAN
STEIN &
KAHAN LLP